Elizabeth E. Howard, OSB No. 012951
E-Mail: ehoward@dunncarney.com
Dominic M. Carollo, OSB No. 093057
E-Mail: dcarollo@dunncarney.com
Dunn Carney Allen Higgins & Tongue LLP
851 SW Sixth Avenue, Suite 1500
Portland, OR 97204
Telephone: (503) 224-6440
Facsimile: (503) 224-7324

Caroline Lobdell, OSB No. 021236
E-Mail: clobdell@wrlegal.org
Western Resources Legal Center
5100 SW Macadam Avenue, Suite 350
Portland, OR 97239
Telephone: (503) 222-0628
Facsimile: (503) 222-3255

Attorneys for Plaintiffs Loren Stout and Piper Stout

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Portland Division

| | |
|---|---|
| LOREN STOUT and PIPER STOUT,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. FOREST SERVICE and U.S. FISH AND WILDLIFE SERVICE,<br><br>Defendants. | No. CV 09-152-HA<br><br>**CORRECTION TO PLAINTIFFS' RESPONSE TO DEFENDANTS' BRIEF TO SHOW CAUSE** |

Late yesterday, counsel for defendants brought to plaintiffs' attention that the response to show cause brief was inaccurate in one regard. Plaintiffs do not want to have this Court make a decision on this matter based on incorrect information. In that light, plaintiffs wish to note that federal defendants did mention their intent to file a reply in their February 9, 2011 motion for

Page 1   CORRECTION TO PLAINTIFFS' RESPONSE TO DEFENDANTS' BRIEF TO SHOW CAUSE
DCAPDX_n657600_v1

extension (Dkt. # 52). They also, at that time, indicated that their "response" would be "opening summary judgment papers." The Court's order on the following day did not address a deadline for filing a reply brief. It only granted defendants additional time to file a response. Still, by that time, plaintiffs would have been on notice that defendants intended to file a summary judgment brief rather than a response.

Plaintiffs do not believe that these facts change the overall merits of the issues addressed in plaintiffs' response to show cause brief. In particular, even if plaintiffs had been on notice from the start that it was defendants' intent to file a cross-motion, there has still been extensive delay in this case, and plaintiffs' positions in the response to show cause brief are based substantially on the effect that further delay, caused by additional briefing by defendants, would have on plaintiffs' case. In other words, it is the effect of additional delay, as opposed to whether or when plaintiffs were on notice about defendants' intent to file a cross-motion, that is the key reason for plaintiffs' suggestion that the Court follow the course of its February 14, 2011 order and take plaintiffs' partial motion for summary judgment under advisement as of February 25th.

Again, while plaintiffs do not believe that the timing of defendants putting plaintiffs on notice of their intent to file a cross-motion warrants a different result in this case, they did want to ensure that the Court had an accurate representation of the facts in the briefs filed on this

Page 2    CORRECTION TO PLAINTIFFS' RESPONSE TO DEFENDANTS' BRIEF TO SHOW
         CAUSE
DCAPDX_n657600_v1

matter. In that light, plaintiffs request that the Court consider this correction as it makes a decision on this matter.

Dated this 18th day of February, 2011.

DUNN CARNEY ALLEN HIGGINS & TONGUE LLP

/s/ Elizabeth E. Howard
Elizabeth E. Howard, OSB No. 012951
Email: ehoward@dunncarney.com
Dominic M. Carollo, OSB No. 093057
Email: dcarollo@dunncarney.com
Of Attorneys for Plaintiffs

WESTERN RESOURCES LEGAL CENTER

/s/ Caroline Lobdell
Caroline Lobdell, OSB No. 021236
E-Mail: clobdell@wrlegal.org
Of Attorneys for Plaintiffs